PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-04654-HSG<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE NOVEMBER 13, 2018 CASE MANAGEMENT CONFERENCE** |

The request of Scott J. Ferrell to make a telephonic appearance at the Case Management Conference scheduled for November 13, 2018, at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: November 8, 2018

By: /s/ Haywood S. Gilliam, Jr.
Haywood S. Gilliam, Jr.
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE NOVEMBER 13, 2018 CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                          */s/Scott J. Ferrell*
                                          Scott J. Ferrell