| 1 | Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Megan L. Whipp (SBN: 319182)
MWhipp@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Crista N. Welch (SBN: 312582)
CWelch@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Defendant
THE J.M. SMUCKER COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE J.M. SMUCKER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-04654-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE NOVEMBER 13, 2018 CASE MANAGEMENT CONFERENCE** |

The request of Ronald Y. Rothstein, counsel for Defendant The J.M. Smucker Company, to appear via telephone at the Case Management Conference scheduled for November 13, 2018 at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date: November 8, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
Judge of the Northern District
Court of California