1

2

3

4

5

6

7

8

9

10

11

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14

15 SHELLY ROBINSON, individually and on behalf of all others similarly situated,

       )  **Case No. 4:18-cv-04654-HSG**

16              )

             )  **CLASS ACTION**

17      Plaintiff,        )

             )  **ORDER GRANTING UNOPPOSED**

18    vs.           )  **MOTION FOR EXTENSION OF**
             )  **DEFENDANT'S DEADLINE TO REPLY**

THE J.M. SMUCKER COMPANY, an Ohio   )  **TO PLAINTIFF'S OPPOSITION TO**

19 corporation; and DOES 1 through 10, inclusive, )  **DEFENDANT'S MOTION TO DISMISS**
             )  **PLAINTIFF'S FIRST AMENDED**

20      Defendants.       )  **COMPLAINT**

             )

21              )
             )

22              )

23

24

25

26

27

28

Upon consideration of Defendant The J.M. Smucker Company's Unopposed Motion For Extension Of Defendant's Deadline To Reply To Plaintiff's Opposition To Defendant's Motion To Dismiss Plaintiff's First Amended Complaint, and for good cause shown, the Court hereby rules as follows:

IT IS HEREBY ORDERED, that Defendant's deadline to reply to Plaintiff's opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is December 5, 2018.

**IT IS SO ORDERED.**

Dated: November 16, 2018

_Haywood S. Gilliam Jr._

The Honorable Haywood S. Gilliam, Jr.

2