1 | Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
2 | **WINSTON & STRAWN LLP**
35 West Wacker Drive
3 | Chicago, IL 60601-9703
Telephone: (312) 558-5600
4 | Facsimile: (312) 558-5700

5 | Megan L. Whipp (SBN: 319182)
MWhipp@winston.com
6 | **WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
7 | Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
8 | Facsimile:   (213) 615-1750

9 | Crista N. Welch (SBN: 312582)
CWelch@winston.com
10 | **WINSTON & STRAWN LLP**
101 California Street
11 | San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
12 | Facsimile:   (415) 591-1400

13 | Attorneys for Defendant
THE J.M. SMUCKER COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE J.M. SMUCKER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No. 4:18-cv-04654-HSG**<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION AND JOINT CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Complaint filed: August 2, 2018<br>First Amended Complaint filed: October 24, 2018 |

1 | Plaintiff Shelly Robinson ("Plaintiff") and Defendant The J.M. Smucker Company
2 | ("Defendant") respectfully submit this Stipulation and [Proposed] Joint Case Management Order as
3 | requested by the Court during the Case Management Conference.
4 | Discovery schedule:
5 | • Fact discovery cut-off – Monday, July 1, 2019
6 | • Plaintiff's expert report due – Thursday, August 1, 2019
7 | • Defendant's expert report due – Monday, September 16, 2019
8 | • Depositions completed – Thursday, October 31, 2019
9 | Class certification schedule:
10 | • Plaintiff's motion for class certification due – Monday, April 30, 2019
11 | • Defendant's response due – Friday, June 14, 2019
12 | • Plaintiff's reply due – Monday, July 15, 2019
13 | • Class certification hearing – Thursday, August 1, 2019
14 | After the Court issues a decision on class certification, the Court will schedule a conference
15 | with the Parties to discuss subsequent dispositive motion, pre-trial and trial deadlines.

Dated: November 20, 2018        PACIFIC TRIAL ATTORNEYS, P.C.

By: */s/ Scott J. Ferrell*
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
**PACIFIC TRIAL ATTORNEYS, P.C.**
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff
SHELLY ROBINSON

Dated: November 20, 2018        WINSTON & STRAWN LLP

By: */s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive

1

| | |
|---|---|
| 1 | Chicago, IL 60601-9703 |
| 2 | Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700 |
| 3 | Attorneys for Defendant |
| 4 | THE J.M. SMUCKER COMPANY |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that the concurrence in filing of this document has been obtained from its signatories.

Dated: November 19, 2018

*/s/ Ronald Y. Rothstein*
Ronald Y. Rothstein *(Pro Hac Vice)*

**IT IS SO ORDERED.**

Date: November 20, 2018

Hon. Haywood S. Gilliam, Jr.
Judge of the Northern District
Court of California