| | |
|---|---|
| 1 | Ronald Y. Rothstein (*pro hac vice*)<br>RRothste@winston.com |
| 2 | **WINSTON & STRAWN LLP**<br>35 West Wacker Drive |
| 3 | Chicago, IL 60601-9703<br>Telephone: (312) 558-5600 |
| 4 | Facsimile: (312) 558-5700 |
| 5 | Megan L. Whipp (SBN: 319182)<br>MWhipp@winston.com |
| 6 | **WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor |
| 7 | Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 |
| 8 | Facsimile: (213) 615-1750 |
| 10 | Attorneys for Defendant<br>THE J.M. SMUCKER COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE J.M. SMUCKER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No. 4:18-cv-04654-HSG**<br><br>**CLASS ACTION**<br><br>**AMENDED JOINT STIPULATION AND ORDER FOR CONTINUATION OF FEBRUARY 21, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Complaint filed: August 2, 2018<br>First Amended Complaint filed: October 24, 2018 |

Plaintiff Shelly Robinson ("Plaintiff") and Defendant The J.M. Smucker Company ("Defendant") (collectively, the "Parties") stipulate for a continuation of the February 21, 2019 hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint to the Court's next available hearing date.

WHEREAS, on November 7, 2018, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). *See* ECF No. 26.

WHEREAS, the hearing on Defendant's Motion is scheduled for February 21, 2019 at 2:00 P.M.

WHEREAS, Defendant's lead counsel Ronald Y. Rothstein has an unexpected personal conflict with the February 21, 2019 hearing on the Motion. *See* Declaration of Ronald Rothstein ¶ 2.

WHEREAS, the Parties now jointly stipulate to continue the hearing until the Court's next available hearing date.

WHEREAS, the Parties are available for a hearing on February 28, 2019.

WHEREAS, nothing herein shall be deemed a waiver of any rights or defenses by the Parties.

IT IS HEREBY AGREED AND STIPULATED by the Parties, through their undersigned counsel, that the February 21, 2019 hearing on Defendant's Motion will be continued to the Court's next available hearing date.

IT IS SO STIPULATED.

Dated: February 15, 2019  PACIFIC TRIAL ATTORNEYS, P.C.

By: */s/ Scott J. Ferrell*
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
**PACIFIC TRIAL ATTORNEYS, P.C.**
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff
SHELLY ROBINSON

| | | |
|---|---|---|
| Dated: February 15, 2019 | | WINSTON & STRAWN LLP |

By: */s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendant
THE J.M. SMUCKER COMPANY

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that the concurrence in filing of this document has been obtained from its signatories.

Dated: February 15, 2019

*/s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (*Pro Hac Vice*)

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is scheduled for <u>February 28, 2019 at 2:00 p.m.</u>

Date: February 19, 2019

*[signature: Haywood S. Gilliam, Jr.]*
Hon. Haywood S. Gilliam, Jr.
Judge of the Northern District
Court of California