| | |
|---|---|
| 1 | |
| 2 | PACIFIC TRIAL ATTORNEYS<br>A Professional Corporation<br>Scott J. Ferrell, Bar No. 202091 |
| 3 | sferrell@pacifictrialattorneys.com<br>David W. Reid, Bar No. 267382 |
| 4 | dreid@pacifictrialattorneys.com<br>4100 Newport Place Drive, Ste. 800 |
| 5 | Newport Beach, CA  92660<br>Tel: (949) 706-6464 |
| 6 | Fax: (949) 706-6469 |
| 7 | Attorneys for Plaintiff |
| 8 | Megan L. Whipp (SBN: 319182)<br>MWhipp@winston.com |
| 9 | **WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor |
| 10 | Los Angeles, CA 90071-1543<br>Telephone:    (213) 615-1700 |
| 11 | Facsimile:    (213) 615-1750 |
| 12 | Attorneys for Defendant<br>THE J.M. SMUCKER COMPANY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE J.M. SMUCKER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No. 4:18-cv-04654-HSG**<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND CLASS CERTIFICATION SCHEDULE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2<br><br>Complaint filed: August 2, 2018<br>First Amended Complaint filed: October 24, 2018 |

Plaintiff Shelly Robinson ("Plaintiff") and Defendant The J.M. Smucker Company ("Defendant") (collectively, the "Parties") stipulate to continue the discovery and class certification deadlines set out in the Case Management Order. ECF No. 35.

WHEREAS, on November 7, 2018, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). *See* ECF No. 26.

WHEREAS, the Motion is fully briefed and the Court has taken the matter under submission.

WHEREAS, the Parties have agreed that the course that this lawsuit takes will be predicated on the Court's ruling on Defendant's Motion to Dismiss and, accordingly, agreed to abate undertaking any discovery pending resolution of that Motion by the Court in order to conserve the Parties' resources. Therefore, the Parties request that the Court rescind the current Case Management Order [ECF No. 35] and abate issuing a new Case Management Order until such time as it rules on Defendant's pending Motion to Dismiss. Alternatively, the Parties request that the Court rescind the current Case Management Order and issue an amended Case Management Order, extending the deadlines by approximately four months as follows:

Discovery schedule:

- Fact discovery cut-off – Friday, November 1, 2019
- Plaintiff's expert report due – Monday, December 2, 2019
- Defendant's expert report due – Thursday, January 16, 2020
- Depositions completed – Friday, February 28, 2020

Class certification schedule:

- Plaintiff's motion for class certification due – Monday, August 26, 2019
- Defendant's response due – Friday, October 11, 2019
- Plaintiff's reply due – Monday, October 28, 2019
- Class certification hearing – Thursday, November 14, 2019

IT IS SO STIPULATED.

Dated: April 25, 2019        PACIFIC TRIAL ATTORNEYS, P.C.

By: */s/ Scott J. Ferrell*
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
**PACIFIC TRIAL ATTORNEYS, P.C.**
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff
SHELLY ROBINSON

Dated: April 25, 2019        WINSTON & STRAWN LLP

By: */s/ Ronald Y. Rothstein*
Ronald Y. Rothstein (*pro hac vice*)
RRothste@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendant
THE J.M. SMUCKER COMPANY

Upon consideration of the Parties' Joint Stipulation and [Proposed] Order to Continue Discovery and Class Certification Schedule, and for good cause shown, the Court hereby rules as follows:

IT IS HEREBY ORDERED, that the Court will rescind the current Case Management Order [ECF No. 35] and abate issuing a new Case Management Order until such time as it rules on Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____                              _____
                                             Hon. Haywood S. Gilliam, Jr.
                                             Judge of the Northern District
                                             Court of California

IT IS HEREBY ORDERED, that the current Case Management Order is amended, extending the deadlines by approximately four months as follows:

Discovery schedule:

- Fact discovery cut-off – Friday, November 1, 2019
- Plaintiff's expert report due – Monday, December 2, 2019
- Defendant's expert report due – Thursday, January 16, 2020
- Depositions completed – Friday, February 28, 2020

Class certification schedule:

- Plaintiff's motion for class certification due – Monday, August 26, 2019
- Defendant's response due – Friday, October 11, 2019
- Plaintiff's reply due – Monday, October 28, 2019
- Class certification hearing – Thursday, November 14, 2019

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____                             _____

                                             Hon. Haywood S. Gilliam, Jr.
                                             Judge of the Northern District
                                             Court of California

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that the concurrence in filing of this document has been obtained from its signatories.

Dated: April 25, 2019

*/s/Scott J. Ferrell*
Scott J. Ferrell

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY AND CLASS CERTIFICATION SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                    */s/Scott J. Ferrell*
                                                    Scott J. Ferrell