1  Ronald Y. Rothstein (*pro hac vice*)
   RRothste@winston.com
2  **WINSTON & STRAWN LLP**
   35 West Wacker Drive
3  Chicago, IL 60601-9703
   Telephone: (312) 558-5600
4  Facsimile: (312) 558-5700

5  Megan L. Whipp (SBN: 319182)
   MWhipp@winston.com
6  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
7  Los Angeles, CA 90071-1543
   Telephone:    (213) 615-1700
8  Facsimile:    (213) 615-1750

9  Attorneys for Defendant
   THE J.M. SMUCKER COMPANY
10

11

12               **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14

15  SHELLY ROBINSON, individually and on        )    **Case No. 4:18-cv-04654-HSG**
    behalf of all others similarly situated,    )
16                                              )    **<u>CLASS ACTION</u>**
              Plaintiff,                        )
17                                              )    **[PROPOSED] ORDER GRANTING**
         vs.                                    )    **REQUEST FOR TELEPHONIC**
18                                              )    **APPEARANCE AT THE MAY 28, 2019**
    THE J.M. SMUCKER COMPANY, an Ohio           )    **CASE MANAGEMENT CONFERENCE**
    corporation; and DOES 1 through 10, inclusive, )
19                                              )
              Defendants.                       )
20                                              )
                                                )
21                                              )

22

23

24

25

26

27

28

1   The request of Ronald Y. Rothstein, counsel for Defendant The J.M. Smucker Company, to

2   appear via telephone at the Case Management Conference scheduled for May 28, 2019 at 2:00 p.m.

3   is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the

4   telephonic appearance.

5   Date:  5/28/2019

6                                                          Hon. Haywood S. Gilliam, Jr.
                                                           Judge of the Northern District
7                                                          Court of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2