PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 2772315
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.M. SMUCKER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-04654-HSG<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT THE MAY 28, 2019 CASE MANAGEMENT CONFERENCE |

The request of Victoria C. Knowles to make a telephonic appearance at the Case Management Conference scheduled for May 28, 2019, at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 5/28/2019

By: *Haywood S. Gillam Jr.*
Haywood S. Gillam, Jr.
United States District Court Judge