# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE J.M. SMUCKER COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-04654-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S DEADLINE TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Upon consideration of Defendant The J.M. Smucker Company's Unopposed Motion For Extension of Defendant's Deadline to Answer Plaintiff's First Amended Complaint, and for good cause shown, the Court hereby rules as follows:

**IT IS HEREBY ORDERED**, that Defendant's deadline to answer Plaintiff's First Amended Complaint is May 31, 2019.

**IT IS SO ORDERED.**

Dated: May 28, 2019

The Honorable Haywood S. Gilliam, Jr.
United States District Judge