UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>J.M. SMUCKER COMPANY,<br><br>    Defendant. | Case No. 18-cv-04654-HSG<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO NAMED PLAINTIFF, AND WITHOUT PREJUDICE TO PUTATIVE CLASS**<br><br>Re: Dkt. No. 73 |

Pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: September 18, 2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge